UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

HEATHER L. MCBRYDE,

       Plaintiff,

v.

**JUDGMENT**

No. 7:16-CV-10-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted, defendant's motion for judgment on the pleadings is denied and this matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on March 13, 2017, and Copies To:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

March 13, 2017                                     PETER A. MOORE, JR., CLERK
                                                             /s/ Susan Tripp
                                                             (By) Susan Tripp, Deputy Clerk